# **ATTACHMENT A**

APRIL DANIELS
CLERK OF COURTS
25 WEST JEFFERSON STREET
JEFFERSON OH 44047



USPS CERTIFIED MAIL

9214 8901 3370 2500 3931 84

**2024 CV 00655**
CORE CIVIC INC
5501 VIRGINIA WAY
BRENTWOOD TN 37027

## ASHTABULA COUNTY COMMON PLEAS COURT
## 25 WEST JEFFERSON ST.
## JEFFERSON, OHIO 44047


RECEIVED
SEP 1 6 2024
BY: Legal

## CIVIL SUMMONS

CASE NO: 2024 CV 00655

**PLAINTIFF(S):**
DERRICK S MAXEY INMATE # 802 377 LAKE ERIE CORRECTIONAL 501 THOMPSON RD CONNEAUT, OH 44030

VS

**DEFENDANT:**
CORE CIVIC INC 5501 VIRGINIA WAY BRENTWOOD, TN 37027

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**
PRO SE ,

### DEFENDANT TAKE NOTICE

YOU HAVE BEEN NAMED AS A DEFENDANT IN A COMPLAINT FILED IN THE ASHTABULA COUNTY COMMON PLEAS COURT BY THE PLAINTIFF NAMED ABOVE. COPY OF COMPLAINT IS ATTACHED HERETO.

YOU ARE HEREBY NOTIFIED, SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN 28 DAYS AFTER SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE.

YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN 3 DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF IF HE HAS NO ATTORNEY OF RECORD.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

DATE: September 9, 2024

APRIL DANIELS, CLERK

BY _____
DEPUTY CLERK



IN THE COURT OF COMMON PLEAS

ASHTABULA, COUNTY, OHIO
ASHTABULA

2024CV0655

Derrick S Maxey #802 377

Home address: 10600 st clair ave apt 207 cleveland ohio 44108

current address:
lake erie correctional institution
(501 Thompson Rd., Conneaut, Ohio 44030)

Plaintiffs,

vs.

Core civic inc.

5501 virginia way brentwood tn 37027

Defendants.

Case No. Judge David A. Schroeder

2024 SEP -3 PM 2:09  FILED

Judge _____

Failure of duty of care
Personal injury
punitive damages
pain and suffering
Relief demanded

**COMPLAINT FOR DAMAGES**

Failure of duty of care
Personal Injury
Punitive damages
Pain and Suffering
Relief demanded

Total $250000.00

Statement of claims

1) on or around 08-26-23, plaintiff who is currently an inmate i in the lake erie correctional institution, was experiencing a power outage within the entire prisonwhich resulted in very limited lighting throughout the facility.

2) During the 2nd day of the power outage the emergency backup system all of a sudden failed which eliminated all lighting.

3) alarmed at the circumstances, inmates began to become anxious and tensions between inmates and staff began to grow rapidly inside of the H-CD housing unit.

4) the unit manager named Warsing began the routine of doing rou rounds when back and forth arguements started up between Warsing and certain inmates as he was doing so.

5) during one of the arguements Warsing became annoyed then sprayed mace into the air of the dorm causing discomfort and

page 2

difficulty breathing all throuhout the dorm with people complaini of skinburming.

6) about half hour later,as Warsing did another roundreecpp- rocating mutual verbel exchange with particular inmates, Warsing bragged that he would "spray some more" as a comeback to an i inmates insult.

7) as inmates disregarded Warsings threat, plaintiff heard Warsi Warsing yell "thats it ..yall then done it now" then exit the ho housing unitthen close the protective outed gate to the entance then stick the nozzle of the mace can through the opening in the gate then empty out a can of mace across the dorm as retaliti

8) plainiff bunk area sits directly in front of the security crash gate, that Warsing sprayed the mace through hitting plainif dead onon hid body , clothes and belongings.

9) plaintiff suffered complete loss of vision and developed chemical burns as well as nasal and breathing complications immediately as that happened.

10) plaintiff alerts staff that he could not breath and ewas taken outside of the unit to wait for medical treatment which took several hours.

11) plaintiff has since suffered loss of sight as documented by medical personal services.

12) core civic did violate its own standards and customs concerni inmate safety by having senior employees that uses deliberate indifference for saftey of its subjects to be violated at their own personal convenience without regard for others.

13) the officer was secure from any harm when he closed the protective gate, eliminating the need to empty a can of mace into a congested area. then standing on the idea that i was procedure while bragging about it to other staff.

14) plaintiff was assaulted by the particular staff member by spraying him with maceafter plainiff was

15) defendents are liable forpersonal injury and failure of duty of carealong with ordered action to prevent in the future. in the form of monetary compensation.

16) <u>Federal rules of civil procedure</u> 8(a)(2) smith v. bush 2024 20. app lexis 1358: Specific facts are not necessary and plaintiffs statement only need give the defendent fair notice of what the ... claim is and the grounds upon which it rests.

17) <u>Neitzke v. williams 490 US 319</u>: the informa pauperis <u>dismissal of the action for failure</u> to state a cause of action did not automatically result in a determination that the action was frivolous.

18) <u>Swierkiewicz v. sorema N.A. 534 US 506</u>: Heightened pleading requirements did not apply to an employment discrimination complaint. the complaint did not have to contain specific facts establ -ishing a prima facie case information and dismissal of ... complaint was reversed.

19) <u>Conley v. Gibson 355 U.S. 41, 47,78,5.ct.99,L. 6d.2d.80,19</u> Pleadings filed by pro se litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers.

20) <u>internatioal unions,united auto...etc. v. bear archery 617 f.2d 157</u>: municipalities were amoung the persons who could be sued directly for deprivation of unions constitutional protected free speech rights based on governmental custom even if was not official policy.

21) county could be sued because the statute provided a cause of action against local governing bodies where offial policy od informal government custom resulted in a alleged constitutiona deprivation.

22) plaintiff did file a grievance through viapath tablet explaining the incident in full. how ever plaintiff noticed that all greivances that dont involve the warden directly is posted as a kite. according to the facility.

pro se Derrick Maxey
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

Latonya Jackson
NOTARY PUBLIC
STATE OF OHIO
My Commission Expires
2/7/2027

My Commission Expires 2/7/2027
NOTARY PUBLIC
STATE OF OHIO
Latonya Jackson

PROOF OF SERVICE

I certified that an true copy of-the--- Legal action ---------- was served upon the April Daniels court of common pleas, ----------------. at address 25 W. Jefferson, st. Jefferson, Ohio. 44047 ---------- via U.S. Mail this ---23rd--- day of ---August---------, 2024-----.

Respectfully Submitted,

*[signature]*